UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN PAYNE, | ) | Case No.: 1:17 CV 1464 |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| CASSANDRA COLLIER-WILLIAMS, | ) | |
| | ) | |
| Defendant | ) | <u>JUDGMENT ENTRY</u> |

In accordance with the court's accompanying Memorandum of Opinion and Order, this action is dismissed pursuant to 28 U.S.C. § 1915A. The court further certifies, pursuant to 28 U.S.C. §1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.


/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE


August 8, 2017